CAUSE NO. M-12-0045-CV-A

| | | |
|---|---|---|
| BRAD AERY and RANDI AERY,<br>Plaintiffs, and | § | IN THE DISTRICT COURT OF |
| J. L. HOUSE TRUST, ET AL.<br>Intervenors and Third-Party Plaintiffs, | § | |
| VS. | § | MCMULLEN COUNTY, TEXAS |
| HOSKINS, INC., C. CLIFTON HOSKINS,<br>ET AL.<br>Defendants, and | § | |
| AURORA RESOURCES CORPORATION,<br>ARMADILLO E&P, INC., formerly known<br>as Texoz E&P II, INC., TEXOZ E&P I,<br>INC., SEA EAGLE FORD, LLC,<br>SUNDANCE ENERGY, INC., and KEBO<br>OIL & GAS, INC.<br>Third-Party Defendants | § | 36TH JUDICIAL DISTRICT |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/20/2015 4:00:54 PM

KEITH E. HOTTLE
Clerk

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/20/2015 4:00:54 PM

KEITH E. HOTTLE
Clerk

### AGREED ORDER DISMISSING
### TEXOZ E&P I, INC.'S AND AURORA RESOURCES CORPORATION'S
### <u>CROSS-CLAIMS FOR CONTRIBUTION WITHOUT PREJUDICE</u>

Currently pending before the Court are Third-Party Defendant Texoz E&P I, Inc.'s ("Texoz I") Cross-Claim for Contribution against Cross-Defendants C. Clifton Hoskins, Lee Ann Kulka, Lee Roy Hoskins, III, Andrea Jurica, Blake Hoskins, Brent Hoskins, Leonard Hoskins, and Hazel Q. Hoskins, in her capacity as trustee of the Hazel Q. Hoskins Living Revocable Trust; and Aurora Resources Corp.'s ("Aurora") Cross-Claim for Contribution against Cross-Defendants C. Clifton Hoskins, Blake C. Hoskins, Brent C. Hoskins, Lee Roy Hoskins, III, Jane W. Hoskins, Andrea Jurica, Lee Ann Kulka, Leonard Hoskins, and Hazel Q. Hoskins, individually and as trustee of the Hazel Q. Hoskins Living Revocable Trust (the "Cross-Claims").

The Court's previous rulings have rendered the Cross-Claims **MOOT**. Accordingly, the Court hereby **ORDERS** that Texoz I's and Aurora's Cross-Claims be

**Exhibit C**

01685

**DISMISSED WITHOUT PREJUDICE**, subject to the resolution of this case by the Court of Appeals.

SIGNED this 21ˢᵗ day of ~~September~~ October, 2014.

_____
JUDGE PRESIDING

01686